

**ClearEdge Title, Inc.**
2605 Enterprise Road E
Suite 270
Clearwater, FL 33759
(877) 536-3390

**BORROWER(S) CLOSING STATEMENT**

| File Number: | C-MD773467 |
|---|---|
| Loan Number: | 4102106020 |
| Loan Amount: | $567,987.00 |
| Close Date: | 8/9/2021 |
| Disbursement Date: | 8/13/2021 |

Type: Refinance
Property: 12618 HENDERSON CHAPEL LN
BOWIE, MD 20720 (PRINCE GEORGE'S)
(07-3466315)

Borrower(s): KATRINA PEARSON AND ANTHONY D PEARSON
12618 Henderson Chapel Ln
Bowie, MD 20720

| Description | P.O.C. | Debit | Credit |
|---|---|---|---|
| **Payoffs** | | | |
| Payoff to CHASE | | $502,728.09 | |
| **New Loans** | | | |
| Loan Amount | | | $567,987.00 |
| Appraisal Fee to Griffin Funding, Inc. ISAOA/ATIMA (POC $525.00 by Katrina Pearson and Anthony D Pearson) | $525.00 | | |
| Credit Report to Griffin Funding, Inc. ISAOA/ATIMA | | $52.40 | |
| Processing to Griffin Funding, Inc. ISAOA/ATIMA | | $625.00 | |
| Underwriting to Griffin Funding, Inc. ISAOA/ATIMA | | $995.00 | |
| VA Fee to Griffin Funding, Inc. ISAOA/ATIMA | | $19,737.00 | |
| Flood Certification to Griffin Funding, Inc. ISAOA/ATIMA | | $8.00 | |
| Prepaid Interest ( 35.0129 per day from 8/13/2021 to 9/1/2021 ) | | $665.25 | |
| Homeowner's Insurance Premium ( 12 mo.) to Encompass | | $9,163.00 | |
| Homeowner's Insurance $763.58 per month for 2 mo. | | $1,527.16 | |
| Property Taxes    $895.39 per month for 5 mo. | | $4,476.95 | |
| Aggregate Adjustment | | -$2,290.74 | |
| **Title Charges** | | | |
| Title - Lender's Title Insurance to ClearEdge Title, Inc. $567,987.00 | | $1,701.77 | |
| Title - ALTA 8.1-06 - Environmental Protection Lien Endorsement(s) to ClearEdge Title, Inc. | | | |
| Title - ALTA 9-06 - Restrictions, Encroachments, Minerals Endorsement(s) to ClearEdge Title, Inc. | | | |
| Title - Settlement or closing fee to ClearEdge Title, Inc. | | $450.00 | |
| Title - Lender Title Insurance Binder to Stewart Title Company | | $35.00 | |
| CPL Fee to Stewart Title Company | | $30.00 | |
| Title - Recording Walk Thru Fee to Recordings R Us | | $35.00 | |
| **Government Recording and Transfer Charges** | | | |
| Recording Fees: Mortgage $60.00 | | $60.00 | |
| Release $50.00 | | $50.00 | |
| State Mortgage Tax/Stamps to ClearEdge Title - Filing Fee | | $555.50 | |
| **Additional Settlement Charges** | | | |
| Pest Inspection to Montgomery Pest Control (POC $125.00 by Katrina Pearson and Anthony D Pearson) | $125.00 | | |
| **Totals** | | $540,604.38 | $567,987.00 |

Balance Due TO Borrower:   $27,382.62

**APPROVED AND ACCEPTED**

**BORROWER(S)**

_____
KATRINA PEARSON

_____
ANTHONY D PEARSON

# Closing Cost Details

| Loan Costs | | Borrower-Paid At Closing | Borrower-Paid Before Closing | Paid by Others |
|---|---|---|---|---|
| **A. Origination Charges** | | **$1,620.00** | | |
| 01 % of Loan Amount (Points) | | | | |
| 02 Processing Fee | | $625.00 | | |
| 03 Underwriting Fee | | $995.00 | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **B. Services Borrower Did Not Shop For** | | **$20,447.40** | | |
| 01 Appraisal Fee to GRIFFIN FUNDING, INC. | | | $525.00 | |
| 02 Credit Report Fee to GRIFFIN FUNDING | | $52.40 | | |
| 03 Flood Certification to GRIFFIN FUNDING | | $8.00 | | |
| 04 Pest Inspection Fee to MONTGOMERY PEST CONTROL | | | $125.00 | |
| 05 VA Funding Fee to GRIFFIN FUNDING | | $19,737.00 | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| 09 | | | | |
| 10 | | | | |
| **C. Services Borrower Did Shop For** | | **$2,251.77** | | |
| 01 Title - CPL to ClearEdge | | $30.00 | | |
| 02 Title - Lender's Title Insurance to ClearEdge | | $1,701.77 | | |
| 03 Title - Settlement Or Closing Fee to ClearEdge | | $450.00 | | |
| 04 Title- Title Insurance Binder to ClearEdge | | $35.00 | | |
| 05 Title-Recording Walk Thru Fee to ClearEdge | | $35.00 | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | **$24,319.17** | | |
| Loan Costs Subtotals (A + B + C) | | $23,669.17 | $650.00 | |

| Other Costs | | | | |
|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | **$665.50** | | |
| 01 Recording Fees    Deed:    Mortgage: $60.00 | | $60.00 | | |
| 02 City/County Tax/Stamps | | $555.50 | | |
| 03 Mortgage Recordation Tax | | $50.00 | | |
| **F. Prepaids** | | **$9,828.25** | | |
| 01 Homeowner's Insurance Premium (12 mo.) to ENCOMPASS | | $9,163.00 | | |
| 02 Mortgage Insurance Premium (    mo.) | | | | |
| 03 Prepaid Interest ($35.0129 per day from 8/13/2021 to 9/1/2021) | | $665.25 | | |
| 04 Property Taxes (    mo.) | | | | |
| 05 | | | | |
| **G. Initial Escrow Payment at Closing** | | **$3,713.37** | | |
| 01 Homeowner's Insurance | $763.58 per month for 2 mo. | $1,527.16 | | |
| 02 Mortgage Insurance | per month for    mo. | | | |
| 03 Property Taxes | $895.39 per month for 5 mo. | $4,476.95 | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 Aggregate Adjustment | | −$2,290.74 | | |
| **H. Other** | | | | |
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | | **$14,207.12** | | |
| Other Costs Subtotals (E + F + G + H) | | $14,207.12 | | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | | **$38,526.29** | | |
| Closing Costs Subtotals (D + I) | | $37,876.29 | $650.00 | |
| Lender Credits | | | | |

CLOSING DISCLOSURE
IDS, Inc. - 68110

PAGE 2 OF 5 • LOAN ID # 4102106020